## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**STANLEY STIRGUS**                                    **CIVIL ACTION**

**VERSUS**                                             **NO. 10-0374**

**HOWARD PRINCE, WARDEN**                              **SECTION "S" (6)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the

Report and Recommendation of the United States Magistrate Judge, and the failure of any

party to file an objection to the Magistrate Judge's Report and Recommendation, hereby

approves the Report and Recommendation of the United States Magistrate Judge and adopts

it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Stanley Stirgus for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this __7th__ day of ____February____, 2011.

UNITED STATES DISTRICT JUDGE