UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STANLEY STIRGUS**                          **CIVIL ACTION**

**VERSUS**                                   **NO. 10-0374**

**HOWARD PRINCE, WARDEN**                    **SECTION "S" (6)**

## AMENDED ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Stanley Stirgus for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this  8th  day of        February       , 2011.

_____
UNITED STATES DISTRICT JUDGE